# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| AMY FAZENBAKER, *et al.*,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>COMMUNITY HEALTH CARE, INC.,<br><br>*Defendant-Appellant,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Movant-Appellee.* | No. 25-2145 |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION**

Pursuant to Fed. R. App. P. 26(b) and Third Circuit L.A.R. 31.4, Defendant-Appellant Community Health Care, Inc., d/b/a CompleteCare Health Network ("CompleteCare") respectfully moves for a 30-day extension to file its opening brief, from August 26, 2025 to September 25, 2025.

There is good cause for this extension. Undersigned counsel and team have experienced an unexpected illness over the past two weeks which has materially limited their capacity during the present briefing period. *Joseph v. Hess Oil Virgin Islands Corp.*, 651 F.3d 348, 355 (3d Cir. 2011), *as amended* (Oct. 10, 2012)

(contemplating that "unforeseen or uncontrollable events" such as "illness" "lie at the heart of the 'good cause' requirement"). Equally unforeseeable, undersigned counsel was responsible for court-ordered briefing related to discovery disputes in *Morris, et al. v. United States, et al.*, No. 6:24-cv-00641-ADA-DTG (W.D. Tex.), including briefs due on August 14 and August 20, 2025, with an anticipated hearing to follow.

These unexpected developments occurred against the backdrop of significant and pre-existing obligations and commitments in other litigations, including: a speaking engagement in Chicago on August 18, 2025; an opposition to a motion to dismiss in *Morris,* No. 6:24-cv-00641, also on August 18, 2025; a mediation on August 21, 2025 in *Gerson, et al. v. Petaluma Health Center, Inc.*, No. 25-4090 (9th Cir.), and *Johnson v. Petaluma Health Center, Inc.*, No. 25-4088 (9th Cir.); a motion to remand hearing on August 25, 2025 in *A.H., et al. v. Ahmad Khalifa, M.D., et al.*, No. 2:22-cv-07148-DSF-PVC (C.D. Cal.); a joint assessment conference on September 5, 2025 in *Curimao v. Community Clinic of Maui, Inc.,* No. 25-4992 (9th Cir.), *Jackson v. Community Clinic of Maui, Inc.,* No. 25-4993 (9th Cir.), *Jones v. Community Clinic of Maui, Inc.,* No. 25-4994 (9th Cir.), and *Parry v. Community Clinic of Maui, Inc.,* No. 25-4997 (9th Cir.); a reply in support of a motion to substitute due September 10, 2025 in *Donahue, et al. v. Community Health Center, Inc.*, No. 3:25-cv-00176-MPS (D. Conn.); an opening brief due September 2, 2025

in *Grace v. El Centro Del Barrio*, No. 25-50415 (5th Cir.); and an opening brief due September 11, 2025 in *Cromer, et al. v. Dignity Health, et al.*, No. 25-4154 (9th Cir.).

All parties, through counsel, consent to the requested extension.

Appellant CompleteCare respectfully requests that the Court extend the deadline for its opening brief deadline to and including September 25, 2025.

August 20, 2025

Respectfully submitted,

Laura D. Ruccolo
William G. Wright
Capehart Scatchard
8000 Midlantic Dr, Ste 300S
Post Office Box 5016
Mount Laurel, NJ 08054
856.234.6800
lruccolo@capehart.com; wwright@capehart.com

s/ *Matthew S. Freedus*
Matthew S. Freedus
Rosie Dawn Griffin
Powers Pyles Sutter & Verville PC
1250 Connecticut Avenue NW, 8th Floor
Washington, DC 20036
202.466.6550
matthew.freedus@powerslaw.com
rosie.griffin@powerslaw.com

*Attorneys for Defendant Community Health Care, Inc.*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the form requirements of 3d Cir. L.A.R. 32.1 and 32.3.

*s/ Matthew S. Freedus*
Matthew S. Freedus

# CERTIFICATE OF SERVICE

I certify that on August 20, 2025, this motion was filed via CM/ECF and served on all counsel of record.

*s/ Matthew S. Freedus*
Matthew S. Freedus